

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Anatoly Smolkin* | *Suite 400* | *DIRECT: 410-209-4876*
*Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800*
*Anatoly.Smolkin@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0717*

April 22, 2024

**VIA CM/ECF**

Julie Reamy, Esq.
  *Counsel for Constanza-Galdomez*

Richard B. Bardos, Esq.
  *Counsel for Valenzuela-Rodriguez*

Tyler Mann, Esq.
  *Counsel for Pesquera-Puerto*

Christopher Purpura, Esq.
  *Counsel for Orellana-Hernandez*

**Re: *United States v. Constanza-Galdomez, et al.*, Criminal No. SAG-22-0409**

Dear Counsel:

We write to inform you that the Attorney General has directed this Office <u>not</u> to seek to death penalty against Wilson Arturo Constanza-Galdomez, Edis Omar Valenzuela-Rodriguez, Jonathan Pesquera-Puerto, and Wualter Orellana-Hernandez.

Sincerely,

Erek L. Barron
United States Attorney

David L. Jaffe
Chief, Violent Crime & Racketeering Section

_____/s/_____
Anatoly Smolkin
Assistant United States Attorney

Matthew K. Hoff
Deputy Chief
Violent Crime & Racketeering Section

Cc:   Honorable Stephanie A. Gallagher (via CM/ECF)