**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

September 13, 2024

LETTER ORDER

    Re:  <u>U.S.A. v. Constanza-Galdomez, et al.</u>
           Criminal Case No. SAG-22-0409

Dear Counsel,

The following schedule is entered to govern the course of further proceedings in this case:

| | |
|---|---|
| March 7, 2025 | Defense motions due |
| April 18, 2025 | Government's response |
| May 16, 2025 | Replies |
| June 2, 2025 at 10:00 a.m. | Motions Hearing |
| June 30, 2025 | Joint voir dire, proposed verdict sheet, the government's jury instructions with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine |
| July 29, 2025 at 9:00 a.m. | Pretrial Conference |
| September 2, 2025 at 9:30 a.m. | Four-week Jury Trial |

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge