**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

<table>
<tr><td>

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

</td><td>

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**
**MDD_SAGchambers@mdd.uscourts.gov**

</td></tr>
</table>

May 12, 2025

LETTER ORDER

      Re:  United States v. Constanza-Galdomez, *et al.*
           Criminal Case No. SAG-22-409

Dear Counsel:

      This Court is aware that the Department of Justice's Capital Case Unit re-opened capital review in this case and held a meeting in Washington, D.C. on April 23, 2025.

      Should the government intend to attempt to contravene its representation of April 22, 2024 that it does not intend to seek the death penalty in this case, ECF 48,[1] it must file the notice required by 18 U.S.C. § 3593(a) no later than Friday, May 16, 2025 at noon. The setting of this deadline does not suggest or imply that the Court believes any such change in position would be legally permissible or timely. The deadline is intended only to permit this issue to be litigated (potentially under an expedited briefing schedule) before the fixed trial date of September 2, 2025. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *United States v. Moussaoui*, 483 F.3d 220, 236 (4th Cir. 2007).

      Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                    Sincerely yours,

                    /s/

                    Stephanie A. Gallagher
                    United States District Judge

---

[1] There were no death-eligible counts in this case until May 8, 2025. ECF 90. This case proceeded as a non-capital case from its inception.