**United States of America**

**vs.**

**Wilson Constanza-Galdomez**

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUN 0 2 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ 𝒟𝒸 ___ DEPUTY

**Criminal No. SAG-22-00409**                    **Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 6/2/25 | 6/2/25 | Exigent Request Form |
| 2 | 6/2/25 | 6/2/25 | Photographs |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |