**United States of America**

**vs.**

**Wilson Constanza-Galdomez**

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 0 2 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ 06 _____ DEPUTY

**Criminal No. SAG-22-00409**                          **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|-------------|----------------|----------|-------------|
| 1 | 6/2/25 | 6/2/25 | Search Warrant |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |