**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **UNITED STATES** | * |
|  | * |
|  | * |
|  | * |
| **v.** | *  **Criminal Case No.: SAG-22-409** |
|  | * |
| **WILSON ARTURO** | * |
| **CONSTANZA-GALDOMEZ,** | * |
| **EDIS OMAR** | * |
| **VALENZUELA-RODRIGUEZ,** | * |
| **and JONATHAN PESQUERA-PUERTO** | * |
|  | * |
|  | * |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated on the record at today's pretrial conference, it is this 29th day of July, 2025, ORDERED that the government's consolidated motion in limine, ECF 140, is granted in part and deferred in part. The motion is granted as to the locations of civilian witnesses and their families and information regarding the sentences the defendants may face. The motion is deferred as to discussion of the sentences cooperating witnesses may face. The Court encourages the parties to confer after the production of *Jencks* material no later than August 19, 2025, to determine a reasonable approach to discussing the sentencing benefits that may be afforded to cooperating witnesses.

_____
            /s/
Stephanie A. Gallagher
United States District Judge