

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *James Wallner* | *Suite 400* | *DIRECT: 410-209-4971* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *James.Wallner@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-2310* |

December 10, 2025

<u>**VIA EMAIL and CM/ECF**</u>
Honorable Stephanie A. Gallagher
United States District Judge
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE:  Sentencing:  U.S. v. Constanza-Galdomez, et al.
<u>Criminal Number:  SAG-22-0409</u>

Judge Gallagher:

The Court scheduled the sentencing for all three defendants in above-captioned matter for December 19, 2025.

The Court presided over the trial in this matter, heard the testimony, and saw the physical evidence in the case.  The Court also undoubtably knows that the counts of conviction require the imposition of mandatory life sentences for all three defendants.  As a result, the Government will forgo filing sentencing memoranda; however, the Government encloses for the Court's consideration victim impact statement from the mothers of Gabriella Gonzales-Ardon and Michelle Elizabeth Tenezaca, as well as the statement of Karla Buri-Tenezaca, the sister of Michelle and herself a victim in this matter.

With the consent of defendants' counsel, the Government's Victim/Witness Coordinator, Paola Mejia-Gist, translated the mothers' Spanish statements into English.  The Government provided these documents to the defense and included both versions of these statements for the Court's review.

Should the Court have any additional question, please feel free to contact Government counsel.

Very truly yours,

Kelly O. Hayes
United States Attorney

_____
James Wallner
Assistant United States Attorney